**THE LAW OFFICES OF**
**STEPHANIE K. BOND, P.C.**
**STEPHANIE K. BOND**
PO Box 1082
Tucson, Arizona 85702
Telephone: (520) 624-2636
Email: sbondlaw@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| Plaintiff, | ) **CR-24-05417-TUC-RCC** |
| | ) |
| vs. | ) |
| | ) **SENTENCING MEMORANDUM** |
| | ) **AND REQUEST FOR A** |
| | ) **VARIANCE** |
| | ) |
| Carlos Rudy Covarrubias, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Comes now, Carlos Rudy Covarrubias, by and through counsel, and hereby submits his Sentencing Memorandum and Request for a Variance.  Pursuant to 18 U.S.C. §3553, Carlos asks this Court to consider his community involvement, family responsibilities, acceptance of responsibility, zero criminal history points, compliance on pretrial supervision and rehabilitation efforts to support a probationary sentence.

Carlos, age 43, has demonstrated a life centered around accountability, family, and service. His criminal history is minimal, limited to two traffic violations and two misdemeanors committed over two decades ago. Carlos was under significant financial stress at the time of this offense contributing to his  poor judgement. His exemplary conduct during Pretrial supervision paints a more accurate picture: one of dedication,

stability, and moral character.

Carlos is a devoted father of three biological children and three stepchildren. He works full time as a heavy equipment mechanic to support his blended family.  Despite a demanding work schedule, he volunteers his evenings and weekends coaching youth club softball, a labor of love he has sustained for years.  All of his children played softball under his leadership.   His oldest daughter plays softball at Pima Community College which is a testament to the positive environment he fostered.

Carlos's influence reaches beyond his own household. Character letters submitted from several parents and a co-worker express deep admiration for his mentorship, describing him as a positive influence and member of the community. His investment in these young athletes has shaped not just their skills on the field, but their values and their futures. Carlos is not only a positive male role model but someone who shows up and gives selflessly.

Carlos has attempted to turn his poor judgement into a teachable experience for the youth in his life. Rather than hide from his mistakes, he has openly shared his misjudgment. By doing so, he reinforces the importance of lawful behavior, personal responsibility, and growth through adversity. The impact of his candidness and humility is echoed in the heartfelt letters submitted on his behalf by parents and a co-worker.

Carlos respectfully asks this Court to consider a downward variance and impose a sentence of probation. Incarceration would serve little purpose and would irreparably harm not only Carlos and his family, but the children who rely on his guidance, consistency, and moral leadership. Probation would allow him to continue giving back to the community, demonstrating that true accountability comes from growth and service.

///

///

///

RESPECTFULLY SUBMITTED this 26th day of July, 2025.


LAW OFFICES OF STEPHANIE BOND, P.C.

*/s Stephanie Bond*

STEPHANIE K. BOND